# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| Futoshi Tachino,<br><br>       Plaintiff,<br><br>  v.<br><br>United States of America,<br><br>       Defendant. | CV15-09193VAP<br>[CR09-00068VAP]<br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition for Relief under 28 U.S.C. § 2255 is DENIED. Petitioner's request for a certificate of appealability is also DENIED. The Court orders that such judgment be entered.

Dated:  5/17/16

                       Virginia A. Phillips
                       United States District Judge